CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
AUG 0 7 2006
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| MELISSA F. HILL, | ) |
| Plaintiff, | ) Civil Action No. 5:05CV00077 |
| v. | ) **FINAL ORDER** |
| JO ANNE B. BARNHART, | ) By: Samuel G. Wilson |
| Commissioner of Social Security, | ) United States District Judge |
| Defendant. | ) |

This case is before the court on the objection of plaintiff, Melissa F. Hill, to the Magistrate Judge's report setting forth proposed findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The court has reviewed the administrative record, the Magistrate Judge's report, and plaintiff's objections to that report and the court concludes that the Magistrate Judge's recommendation is correct and adopts that recommendation.

Accordingly, it is **ORDERED** and **ADJUDGED** that plaintiff's motion for summary judgment is **DENIED**, defendant's motion for summary judgment is **GRANTED** and this case is **ORDERED** stricken from the docket of the court.

**ENTER**: This August 7, 2006.

_____
UNITED STATES DISTRICT JUDGE